```
QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VICTOR MENDIOLA SERRANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S-05-00345 MCE |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER** |
| VICTOR MENDIOLA SERRANO, | ) |
| Defendant. | ) |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Mary Grad, and defendant Victor Mendiola Serrano, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference calendared for October 4, 2005 should be continued to October 25, 2005 at 8:30 a.m. and that time should be excluded under Local Code T-4 through that date. The government has provided initial discovery, which defense counsel is /

/ / / / /

/ / / / /

/ / / / /

reviewing with his client.  The parties require additional time in order to discuss a possible resolution.

           Respectfully submitted,

           MCGREGOR SCOTT
           United States Attorney

DATED: October 3, 2005   /s/ Quin Denvir
           Telephonically authorized to sign for
           MARY GRAD
           Assistant U. S. Attorney

           Attorneys for Plaintiff


DATED: October 3, 2005   /s/ Quin Denvir
           QUIN DENVIR
           Federal Defender

           Attorney for Defendant
           Victor Mendiola Serrano

### O R D E R

  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


DATED: October 6, 2005

           _____
           MORRISON C. ENGLAND, JR
           UNITED STATES DISTRICT JUDGE