1  GILBERT A. ROQUE
   Attorney at Law
2  California State Bar Number 074966
   913 Court Street
3  Woodland, California 95695
   (530) 666-1935
4
   Attorney for VICTOR MENDIOLA SERRANO
5

6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8
   **UNITED STATES OF AMERICA**,            )    CR. NO. S-05-345-MCE
9                                           )
                    Plaintiff,              )    ORDER
10                                          )
   vs.                                      )
11                                          )
   **VICTOR MENDIOLA SERRANO,**             )
12                                          )
                    Defendant.              )
13  _____  )

14       Documents 21, 22 and 25 in the Notice of Electronic Filing in this case shall be sealed

15  until further order of the Court.

16       **IT IS SO ORDERED.**

17

18

19  DATE: August 30, 2006

20

21

22  _____
    MORRISON C. ENGLAND, JR.
23  UNITED STATES DISTRICT JUDGE

24

25

26

27

28